USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
BILLY FIELDS, :
:
Plaintiff, :  1:24-cv-2818-GHW
:
-v- : ORDER
:
2751 BOSTON OPERATING CORP., *et al.*, :
:
Defendants. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on December 4, 2024, the parties' request for an extension of time to complete discovery is granted. The deadline for the completion of all fact discovery is extended to May 12, 2025. The deadline for the completion of all expert discovery is extended to May 12, 2025. Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by March 28, 2025. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by March 28, 2025. The deadline for the parties to complete a joint site inspection is February 28, 2025, as requested by the parties. The deadline for submission of motions for summary judgment, if any, is extended to June 19, 2025. The status conference scheduled for March 5, 2025 is adjourned to May 27, 2025 at 4:00 p.m. The joint status letter requested in the case management plan and scheduling order entered on September 4, 2024, Dkt. No. 26, is due no later than May 20, 2025. Except as expressly modified by

this order, the case management plan entered by the Court on September 4, 2024, Dkt. No. 26, remains in full force and effect.

    SO ORDERED.

Dated: December 4, 2024
       New York, New York

                                     GREGORY H. WOODS
                                 United States District Judge