USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                :
BILLY FIELDS,                :
                :
                              Plaintiff,   :             1:24-cv-2818-GHW
                :
                    -v-                   :             <u>ORDER</u>
                :
2751 BOSTON OPERATING CORP., *et al.*,   :
                :
                              Defendants.   :
                :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       By letter dated December 19, 2024, Plaintiff requested leave to amend the Complaint. Dkt. No. 36. The Court's Individual Rules of Practice in Civil Cases, specifically Rule 2(E), requires that parties provide pre-motion submissions for motions to amend pleadings. The Court construes Plaintiff's December 19, 2024 request as a request for a pre-motion conference, consistent with Individual Rule 2(E). The Court will hold a conference on December 27, 2024 at 11:00 a.m. to discuss Plaintiff's proposed motion to amend the Complaint.

       Additionally, both parties have independently filed letters informing the Court of discovery disputes and requesting a pre-motion conference concerning discovery. Dkt. Nos. 34, 35, 36. Rule 2(E) of the Court's Individual Rules requires that counsel "submit a single, jointly composed letter describing their discovery dispute(s)" in order to request a pre-motion conference concerning discovery. Therefore, the parties' requests for a conference regarding discovery disputes is denied. However, if the parties submit a joint letter to the Court on or before December 24, 2024, the Court will take up any unresolved discovery disputes during the December 27, 2024 conference.

       The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 34, 35, and 36.

       SO ORDERED.

Dated: December 20, 2024
        New York, New York

_____
GREGORY H. WOODS
United States District Judge