USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BILLY FIELDS,

                        Plaintiff,

- against -

2751 BOSTON OPERATING CORP., 2751 BOSTON REALTY CORP.,

                        Defendants.

------------------------------------------------------------X

Case No.
1:24-CV-2818 (GHW) (VF)

**MEMORANDUM ENDORSED**

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

Plaintiff, BILLY FIELDS, and Defendants, 2751 BOSTON OPERATING CORP. and 2751 BOSTON REALTY CORP, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the voluntary dismissal **WITH PREJUDICE**, and without costs or fees to either party, of this action and of any and all claims, counts, and causes of action asserted by Plaintiff against Defendants, in excess of the amounts specified in the Settlement Agreement.

Date: New York, New York
February 6, 2025

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
*Attorneys for Defendants*

By: _____
Yusha D. Hiraman
Jenna A. Agatep
150 E. 42nd Street
New York, New York 10017
Yusha.Hiraman@wilsonelser.com
Jenna.Agatep@wilsonelser.com
File No. 16375.00063

**BERKE & ASSOCIATES, PLLC**
*Attorney for Plaintiff*

By: _____
Daniel Berke
203 E 72nd Street, Suite 6A
New York, New York 10021
Danberke100@gmail.com
dblaw321@yahoo.com

The parties have stipulated to the dismissal of this action under Fed. R. Civ. P. 41(a)(1)(A)(ii).

SO ORDERED.

Dated: March 12, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge